1  Jeffrey D. Wexler, State Bar No. 132256
   Raymond O. Aghaian, State Bar No. 218294
2  Jennifer Seigle, State Bar No. 285670
   MCKENNA LONG & ALDRIDGE LLP
3  300 South Grand Avenue, Suite 1400
   Los Angeles, California 90071
4  Telephone No.: 213.688.1000
   Fax No.: 213.452.8029
5  E-Mail:   jwexler@mckennalong.com
             raghaian@mckennalong.com
6            jseigle@mckennalong.com

7  Attorneys for Plaintiffs Schaffer Family Investors LLC
   and Robert Schaffer
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

| | |
|---|---|
| SCHAFFER FAMILY INVESTORS, LLC, a Delaware limited liability company; and ROBERT SCHAFFER, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LEE SONNIER, an individual; KRIS MELANCON, an individual; PINNACLE OIL & GAS, LLC, a Louisiana limited liability company; LEMEL PETROLEUM, LLC, a Louisiana limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 13-5814-SVW (JEMx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AS AGAINST DEFENDANTS KRIS MELANCON, PINNACLE OIL & GAS, LLC, AND LEMEL PETROLEUM, LLC**<br>**[Fed. R. Civ. P. 41(a)(1)(A)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Schaffer Family Investors, LLC and Robert Schaffer (collectively "Plaintiffs") hereby dismiss, without prejudice, all claims that they have asserted against defendants Kris Melancon, Pinnacle Oil & Gas, LLC, and Lemel Petroleum, LLC (collectively, the "Melancon Defendants") in the First Amended Complaint filed by Plaintiffs on November 5, 2013 [Docket 23].

DATED: February 7, 2014
McKENNA LONG & ALDRIDGE LLP
Jeffrey D. Wexler
Raymond O. Aghaian
Jennifer Seigle


By: /s/ Jeffrey D. Wexler
Jeffrey D. Wexler
Attorneys for Plaintiffs Schaffer Family Investors, LLC and Robert Schaffer

USW 804136400.1