Jeffrey D. Wexler, State Bar No. 132256
Raymond O. Aghaian, State Bar No. 218294
Jennifer Seigle, State Bar No. 285670
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone No.: 213.688.1000
Fax No.: 213.452.8029
E-Mail:   jwexler@mckennalong.com
          raghaian@mckennalong.com
          jseigle@mckennalong.com

Attorneys for Plaintiffs Schaffer Family Investors LLC
and Robert Schaffer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCHAFFER FAMILY INVESTORS, LLC, a Delaware limited liability company; and ROBERT SCHAFFER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE SONNIER, an individual; KRIS MELANCON, an individual; PINNACLE OIL & GAS, LLC, a Louisiana limited liability company; LEMEL PETROLEUM, LLC, a Louisiana limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 13-5814-SVW (JEMx)<br><br>**STIPULATION TO ENTRY OF ORDER GOVERNING USE AND DISSEMINATION OF CONFIDENTIAL INFORMATION; [PROPOSED] ORDER** |

1  WHEREAS, Plaintiffs Schaffer Family Investors, LLC and Robert Schaffer, Defendant Lee Sonnier, and Cross-Defendants Kris Melancon, Pinnacle Oil & Gas, LLC, and Lemel Petroleum, LLC (collectively, the "Parties") anticipate that discovery may require them to produce documents and information that they deem to be confidential and proprietary; and

WHEREAS, the Parties believe that discovery in this matter would be facilitated if the Court were to enter a protective order to govern the dissemination and use of confidential and proprietary documents and information to be produced in this matter;

IT IS STIPULATED by and among the Parties that the Court may enter a protective order in the form attached hereto as Exhibit A.

Dated: April 1, 2014

McKENNA LONG & ALDRIDGE LLP
Jeffrey D. Wexler
Raymond O. Aghaian
Jennifer Seigle

By: /s/ Jeffrey D. Wexler
Jeffrey D. Wexler
Attorneys for Plaintiffs Schaffer Family Investors, LLC and Robert Schaffer

Dated: April 1, 2014

BAKER & ASSOCIATES
Scott L. Baker
Yuval M. Rogson
Vasko C. Alexander

By: /s/ Scott L. Baker
Scott L. Baker
Attorneys for Defendant and Cross-Complainant Lee Sonnier

2

| | | |
|---|---|---|
| 1 | Dated: April 1, 2014 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C. |
| 2 | | Gary S. Lincenberg |
| 3 | | Thomas V. Reichert |

By: /s/ Thomas V. Reichert
     Thomas V. Reichert
     Attorneys for Cross-Defendants Kris Melancon, Pinnacle Oil & Gas, LLC, and Lemel Petroleum, LLC

USW 804151446.1

3