JS-6

Raymond O. Aghaian, State Bar No. 218294
Emil W. Herich, State Bar No. 116783
Kilpatrick Townsend & Stockton, LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212-2018
Telephone No.: 310-248-3830
Fax No.: 310-860-0363
E-Mail:   raghaian@kilpatricktownsend.com
          eherich@kilpatricktownsend.com

Attorneys for Plaintiffs Schaffer Family Investors LLC
and Robert Schaffer

FILED
CLERK, U.S. DISTRICT COURT

July 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CR____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SCHAFFER FAMILY INVESTORS, LLC**, a Delaware limited liability company; and **ROBERT SCHAFFER**, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>**LEE SONNIER, an individual,**<br><br>    Defendant. | Case No. CV 13-5814-SVW (JEMx)<br><br>(The Courtroom of the Honorable Stephen V. Wilson)<br><br><br>**JUDGMENT** |

On July 5, 2016 the unopposed motion for summary judgment presented by Plaintiffs Schaffer Family Investors, LLC and Robert Schaffer being deemed justifiable for resolution without oral argument was determined by the Court, the Honorable Stephen V. Wilson, United States District Judge presiding.  Having fuly considered the evidence and all of the issues, and a decision having been duly rendered,

**IT IS HEREBY ADJUDGED, DECREED AND ORDERED** that Plaintiff Robert Schaffer shall take and judgment is rendered in his favor against Defendant

1  Lee Sonnier in the amount of $5,135,863.60.  **IT IS FURTHER ADJUDGED,**
2  **DECREED AND ORDERED THAT** that Plaintiff Schaffer Family Investors, LLC
3  shall take and judgment is rendered in its favor against Defendant Lee Sonnier in the
4  amount of $ $1,569,877.91.

6  DATED: July 7, 2016

   STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE

- 2 -
**JUDGMENT**