1  Kilpatrick Townsend & Stockton, LLP
   Raymond O. Aghaian, Bar No. 218294
2  Emil W. Herich, Bar No. 116783
   9720 Wilshire Blvd., Penthouse Suite
3  Beverly Hills, CA 90212-2018
   Telephone: (310) 248-3830
4  Facsimile: (310) 860-0363
   e-mail: raghaian@kilpatricktownsend.com
5          eherich@kilpatricktownsend.com

6

   VERUS LAW GROUP, APC
7  Holly Walker, Bar No.: 178356
   2623 W. Manchester Blvd.
8  Inglewood, California 90305
   Telephone (310) 453-5053
9  Facsimile (310) 306-7700
   e-mail: holly@veruslawgroup.com
10
   Attorneys for Plaintiffs Schaffer Family Investors LLC
11 and Robert Schaffer

12
                    UNITED STATES DISTRICT COURT
13
        FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
14

15 SCHAFFER FAMILY INVESTORS, LLC, a    )  CASE NO.: CV13-5814-SVW (JEMx)
   Delaware limited liability company; and )
16 ROBERT SCHAFFER, an individual,      )
                                        )  PETITION FOR HEARING ON THIRD
17                                      )  PARTY CLAIM; ORDER SETTING
                                        )  HEARING DATE PURSUANT TO
              Plaintiffs,               )  C.C.P. §720.310
18                                      )
                                        )  Date: _____, 2017
19      vs.                             )  Time:
                                        )  Courtroom:
20 LEE SONNIER, an individual;          )
                                        )
21            Defendant.                )
                                        )
22 _____)  Levying Officer File No.:

23                                         [Filed in conjunction with Verified
                                           Opposition to Third Party Claim By
24                                         Janet Sonnier and Proof of Service]

25

26

27

28                                        1

---

PETITION FOR HEARING ON THIRD PARTY CLAIM; ORDER SETTING HEARING
DATE PURSUANT TO C.C.P. §720.310

TO THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA:

A third-party claimant, Janet Sonnier, has filed a third-party claim with the levying officer pursuant to C.C.P. section 720.210 et seq. Judgment Creditors Schaffer Family Investors LLC and Robert Schaffer ("Judgment Creditors") hereby petition the Court for a hearing to determine the validity and priority of the third-party claim of Janet Sonnier and that Judgment Creditors are entitled to levy and execute in and to the subject personal property in which Janet Sonnier claims an ownership or right of possession, that any interest of Janet Sonnier shall be deemed junior and subordinate to that of Judgment Creditors, and for a proper disposition of the property that is the subject of the claim in accordance with C.C.P. section 720.310.

Wherefore, Judgment Creditors hereby request that a hearing date be set and held within 20 days of the filing of this petition as required by C.C.P. section 720.310(c).

Respectfully Submitted,

VERUS LAW GROUP, APC

Dated: May 4, 2017        By: _____
                              Holly Walker
                              Attorneys for Plaintiffs
                              Schaffer Family Investors LLC
                              and Robert Schaffer

## ORDER

IT IS HEREBY ORDERED that the hearing on this petition be held on _____, 20017, at ____ a.m./p.m. in Courtroom ___ of this Court

_____
UNITED STATES DISTRICT COURT JUDGE

2

PETITION FOR HEARING ON THIRD PARTY CLAIM; ORDER SETTING HEARING DATE PURSUANT TO C.C.P. §720.310